

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00066-CR

_____

BRENDA DAVIS INGRAM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 82nd District Court
Robertson County, Texas
Trial Court No. 15-03-20050-CR

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Brenda Davis Ingram has filed a motion to dismiss this appeal.[1]  The motion was signed by both Ingram and her appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.


Ralph K. Burgess
Justice


Date Submitted:      May 3, 2016
Date Decided:        May 4, 2016

Do Not Publish

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We are unaware of any conflict between precedent of the Tenth Court of Appeals and that of this Court on any relevant issue.  *See* TEX. R. APP. P. 41.3.